CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Terrance Terrell Hopson**    **05-25580**
Full Name of Plaintiff    Inmate Number

v.

Civil No. **1:21-CV-1944**
(to be filled in by the Clerk's Office)

**Lgt Entz**
Name of Defendant 1

(__) Demand for Jury Trial
(__) No Jury Trial Demand

**Nurse Sheila**
Name of Defendant 2

**Sgt Defranseco**
Name of Defendant 3

FILED
SCRANTON

NOV 1 6 2021

Per _____
DEPUTY CLERK

**C.O. Frey**
Name of Defendant 4

**C.O. Winner**
Name of Defendant 5

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

**✓** Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

**✓** Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.  ADDRESSES AND INFORMATION

A. PLAINTIFF

Hopson, Terrance Terrell
Name (Last, First, MI)

05-25580
Inmate Number

Lycoming County Prison
Place of Confinement

277 West Third Street
Address

Williamsport PA 17701
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
✓ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Entz, Harry
Name (Last, First)

Lgt Corrections officer
Current Job Title

277 West third street
Current Work Address

Williamsport PA 17701
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

Sheila (Last Name unknown)
Name (Last, First)

Nurse Third Shift
Current Job Title

277 West 3rd Street
Current Work Address

Williamsport PA 17701
City, County, State, Zip Code

Defendant 3:

Defranseco (First Name unknown)
Name (Last, First)

Sgt Corrections officer
Current Job Title

277 West third street
Current Work Address

Williamsport PA 17701
City, County, State, Zip Code

Defendant 4:

Frey (First Name unknown)
Name (Last, First)

Corrections officer
Current Job Title

277 west third street
Current Work Address

Williamsport PA 17701
City, County, State, Zip Code

Defendant 5:

Winner (First Name unknown)
Name (Last, First)

Corrections officer
Current Job Title

277 west Third street
Current Work Address

Williamsport PA 17701
City, County, State, Zip Code

III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

   A.   Describe where and when the events giving rise to your claim(s) arose.

Facts written on seperate paper enclosed in Envolope

   B.   On what date did the events giving rise to your claim(s) occur?

10-2-21, 10-10-21 (in writting), 10-18-21, 10-21-2021 10-27-21    See Attachment

   C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Facts written on seperate paper Enclosed in Envolope

## III. Statement of Facts
## A, B, & C

10-2-21 my cell Door 54 B on J-Block was opened by C.O. Frey for phone calls by mistake. Me being a New inmate I tried to use the phones/Kiost. unaware of the mistake Lgt Entz came up and pushed me twice. I said what are you doing get off of me. He then choked me & I pulled his arm off my Neck, he fell Due to his full force being pressed on my Neck, I waited and was attacked by martin (c.o.) and Lty Entz. From J-Block, to the Elevator & intake I was choked had my head banged & right Eye banged, until I got to SMU cell 69. I stated I have a medical condition where's as thought Light burns my Eyes and I still don't have any medication I just got to jail yesterday & I Need the medication Daily to stop the Light From burning. I did not receive medication For a week and a half. 10-10-21 after days of complaining of pain verbally, I finally wrote medical request to see Doctor. I was Not Allowed any Greivences. 10.14.2021 I moved to G15, After all my injuries from Assualt had healed without any medical Attention. 10-18-21 in gym I was Assualt by 230 pound inmate after being chased, pushed, & slapped, co's came after assualt and mocked me saying they gave you chance to Fight. I refused stitches in fear of further confrntation by inmates for snitching.

Pg. 1

Statement of facts pg 2.

still have scar on Ear from Assault. I was then placed back in special management unit cell 67 & written up for fighting. Write up stated I ran, co's watched & I fell, then was Assualted. 10-24-21 I was found Guilty of Fighting. 10-20-21, The SMU was full (67) Co's requested me to move with (sgt Defrunsco) force and no other inmate. I left Due to the light sensitivy and the fact the light never go off. I Did not recieve any request slips from any co's (Frey, martian, winner, or counsir) or grievence forms Accept by other inmates (10-24-21 recieved grievence). After filling out form waited until 11:45 to give to cool guard after actual mail call on next shift to Ensure it goes where it should. 10-27-21. Returning from gym, I tried to steal toast from hunger, co's winner & martain slammed me on Glass in Front of I Block & smushed my Face in the wall until I Dropped toast.

Later that shower Night, the co's who I can't remember let me and the inmate who Assuated me out of cell to shower at same time, Against protocol. After me telling C.O. Grimes, I was written up for another inmate bullying a rapist. 11-3-21, After verbal Assualt, co martain came inside my cell to fight (G-21) on camera I said chill he left.

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8 Admendment, Cruel & unusual punishment, medical malpractice, failure to intervine, & Deleberant indeference. Please see Attachment 5th & 14th admendment

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Scratches on right leg, left hand & Black eye with bruise over top of eye, & unknown pain in Right eye. Stitches need for right left ear, from Assault twice. Blindness in right eye

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

No Relief, recieved Grievance from other Inmate

## IV. Legal Claim

5th, 8' & 14th admendment.
Cruel & unusual punishment, failure to intervine
medical malpractice & deliberate indiffence.

## Injury

V. Enntz Assualt, cut on right foot still
visable, cut on left hand, black and cut over
Eye and constant pain in right eye.
SMU Cell Light, Blind in right eye, constant
pain.

Assualt from inmate scar on left ear &
nose & pain in Eye (right eye).

All the Fair distress, mental anguish,
punitive damage. Trouble sleeping,
Night terrors & fear of officers.

## VI. Relief

None, was not Allowed Greivence
and believe All acts where retaliation
to 10-2-21 incident with Entz, have
120 days in hole still have not called
family.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____11-7-21_____
Date

Terrance T. Hopson 05-25580
Lycoming County Prison
277 West third Street
Williamsport, PA 17701

RECEIVED
SCRANTON
NOV 16 2021
PER _____ DEPUTY CLERK

Office of the Clerks
United States District Court
Middle District of Pennsylvania
William F Nealson Federal BLDG US. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

NEOPOST
11/08/2021
US POSTAGE $001.56⁰
FIRST-CLASS MAIL
ZIP 17701
041M1456579